October 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JEFF OLLEY, Appellant

NO. 14-13-00779-CV               V.

HVM, L.L.C., IN ITS CAPACITY AS MANAGER OF THE HOTEL
COMMONLY KNOWN AS THE EXTENDED STAY AMERICA - HOUSTON -
KATY FREEWAY/ENERGY CORRIDOR, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, HVM, L.L.C., in its capacity as manager of the hotel commonly known as the Extended Stay America - Houston - Katy Freeway/Energy Corridor, signed August 5, 2013, was heard on the transcript of the record. The record shows that the appeal is moot. We therefore order the appeal **DISMISSED**.

      We further order this decision certified below for observance.